# PD-0590-15

APPEAL NO. 13-12-00651-CR

IN THE

371ST COURT OF APPEALS

AT TARRANT , TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

SAMUEL ARRENADO FERRALEZ
Appellant

v.

THE STATE OF TEXAS
Appellee

FILED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

APPEAL OF CAUSE NUMBER C-371-010299-1246930 FROM THE

13TH TEXAS COURT OF APPEALS

## PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE TEXAS CORT OF CRIMINAL APPEALS:

Comes now SAMUEL ARRENADO FERRALEZ , Petitioner pro se, and respectfully moves the Court to extend the deadline for filing his Petition for Discretionary Review by thirty (30) days. In support, Petitioner would show the following:

I.

On the 14TH day of September A.D. 2015 the Jury found Petitioner guilty of MURDER . The Jury assessed punishment at 99 years imprisonment in the Texas Department of Criminal Justice.

II.

On the 25TH day of MARCH A.D. 2015 , the 13TH Texas Court of Appeals Affirmed Petitioner's Conviction, and Petitioner filed with the

1.

convicting Court his Writ of Habeas Corpus to file a PDR, the Notice of PDR was GRANTED and the Court gave Petitioner 30 days to file the PDR.

The deadline for filing Petitioner's PDR is on the _20_ day of _April_ A.D., 2015.

IV.

This is Appellant's first request for extension of time. Petitioner is unable to meet the deadline for the following reasons:

Petitioner has been transfered from the Unit of Assignment to the James V. Allred Unit. The Texas Department of Criminal Justice has a time limit in which to send offenders thier propert according to policy up to thirty to 60 days. When the Court GRANTED the Habeas matter for Out-of-time PDR Petitioner was on the newly assigned Unit without his property, and has just recieved his personal and legal property. Therefore, Petitioner respectfully request that the Court will consider the matters herein and grant Petitioner Motion for an Extension of Time and set the new deadline for the _20_ day of _June_ A.D., 2015.

V.

For the reasons stated above, Petitioner respectfully request an additional thirty (30) days to complete the Petition for Discretionary Review.

VI.

Petitioner prays that the Court GRANTS this motion and extend the time Petitioner's pro se PDR by thirty (30) days extending the deadline to _30_ days.

Respectfully submitted,

SAMUEL ARRENADO FERRALEZ
TDCJ-ID No. 180963
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367

Petitioners Motion for Extension of Time, 2.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11 day of ____MAY____ A.D. 2015, a true and correct copy of Petitioner's Motion for Extension of Time to file a Petition for Discretionary Review has been mailed to the TCCA Clerk of the Texas Court of Crimianl Appeals at P.O. Box 12308, Capitol Station, Austin, Texas 78711 via the United States Postal Service through first class mail. Executed and signed this the 11th day of ____MAY____ A.D., 2015.

<br>

Petitioner          Pro se

TDCJ # 1809763

James V. Allred Unit

2101 FM 369 North

Iowa Park,  Texas

76367


## VERIFICATION

I, Samuel Fernalez , TDCJ # 1809763 , being presently incarcerated the James V. Allred Unit of the Texas Department of Criminal Justice – Institutional Division in Wichita County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed and signed this the 11 day of May A.D. 2015

<br>

Petitioner          Pro se

TDCJ # 1809763

James V. Allred Unit

2101 FM 369 North

Iowa Park, Tx     76367